In the Matter of the Claim of FRED H. SEEGER, Respondent, v. SYRACUSE RENDERING CO. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.